United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JUNE CLABORN, ) | No. C 06-4803 MMC (PR) |
| Petitioner, ) | **ORDER TO PAY FILING FEE** |
| v. ) | |
| ROBERT J. AYERS, Warden, ) | **(Docket Nos. 2 & 5)** |
| Respondent. ) | |
| _____ ) | |

      On August 8, 2006, petitioner, a California prisoner incarcerated at San Quentin State Prison and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 29, 2006, petitioner filed an application to proceed in forma pauperis[1] indicating that petitioner had an available balance of $172.94 in his trust account, and for the six months preceding the filing of the application, he had average monthly deposits in his trust account of $119.88 and average monthly balances of $123.66.  Petitioner has sufficient funds to pay the $5.00 habeas filing fee.

      Accordingly, the application to proceed in forma pauperis is hereby DENIED.

      Within **30 days** of the date this order is filed, petitioner shall pay the $5.00 filing fee.  Petitioner shall include with his payment a clear indication that it is for case number C-06-4803 MMC (PR).

---

[1] This application was filed in response to a notice by the Clerk that petitioner's prior application to proceed in forma pauperis was deficient.

1  **Failure to pay the filing fee as ordered herein within 30 days of the date this
2  order is filed shall result in the dismissal of this action without prejudice.**

3  This order terminates Docket Nos. 2 & 5.

4  IT IS SO ORDERED.

5  DATED: January 3, 2007

6  _____
   MAXINE M. CHESNEY
   United States District Judge