IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JUNE CLABORN,<br><br>        Petitioner,<br><br>  v.<br><br>ROBERT J. AYERS, Warden,<br><br>        Respondent.<br>_____ | No. C 06-4803 MMC (PR)<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**<br><br>**(Docket No. 9)** |

On August 8, 2006, petitioner, a California prisoner incarcerated at San Quentin State Prison and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 10, 2007, the petition was dismissed in part with leave to amend. On May 29, 2007, in lieu of an amended petition, petitioner filed a motion to voluntarily dismiss the instant petition. Rule 41 of the Federal Rules of Civil Procedure grants a party bringing an action the absolute right to dismiss such action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." See Fed. R. Civ. P. 41(a)(1)(i). Here, respondent has not filed an answer or a motion for summary judgment.

Accordingly, petitioner's motion for voluntary dismissal of the above-titled action is hereby GRANTED and said action is hereby DISMISSED without prejudice to petitioner's filing a new habeas corpus action in federal court after all available state remedies have been exhausted with respect to all of the claims petitioner wishes to include in his petition.

This order terminates Docket No. 9.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: June 5, 2007

_____
MAXINE M. CHESNEY
United States District Judge